UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ANTHONY BAUMAN, | : | Case No. 1:22-cv-717 |
| Plaintiff, | : | |
| | : | Judge Timothy S. Black |
| vs. | : | |
| | : | |
| PNC BANK, N.A. and EQUIFAX INFORMATION SERVICES LLC, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

This civil case is before the Court on Plaintiff's motion to drop Defendant PNC Bank, N.A. as a party pursuant to Federal Rule of Civil Procedure 21.  (Doc. 16). Specifically, Plaintiff states that he has learned that PNC has no liability.  No party responded to the motion and the time for doing so has expired.

Accordingly, the Court finds just terms to drop PNC as a party.  Fed. R. Civ. P. 21. Plaintiff's motion (Doc. 16) is **GRANTED**.  All claims against PNC are **DISMISSED with prejudice**.

This civil case is also before the Court on Plaintiff's Notice of Settlement as to Defendant Equifax Information Services LLC.  (Doc. 17).

Accordingly, it is **ORDERED** that all claims against Equifax Information Services LLC are **DISMISSED with prejudice**, provided that any of the parties may, upon good cause shown within sixty (60) days, move to reopen the action if settlement is not consummated.  Also, if desired, the parties may timely move to substitute a judgment

entry contemplated by the settlement agreement.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement between Plaintiff and Defendant Equifax Information Services, LLC.

There being no claims remaining, the Clerk shall close the case.

**IT IS SO ORDERED.**

Date:   2/28/2023                                              *s/Timothy S. Black*
                                                              Timothy S. Black
                                                              United States District Judge